THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOSEPH PECORARO, Respondent.

*People* v. *Pecoraro*, 177 App. Div. 803, affirmed.
(Argued October 8, 1917; decided October 23, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1917, which reversed a judgment of the Westchester County Court, rendered upon a verdict convicting the defendant of the crime of abduction, and granted a new trial. The Appellate Division held that the exceptions to the refusal of the trial court to permit a preliminary trial of the issue as to whether or not a confession of the defendant, offered in evidence, was a voluntary, legal confession and to the admission in evidence of the confession without such preliminary examination, presented reversible error.

*Lee Parsons Davis*, District Attorney (*Thomas A. McKennell* of counsel), for appellant.

*Humphrey J. Lynch* for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, CUDDEBACK, HOGAN, POUND and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.